UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA ESPOSITO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BLOCK, INC., JACK DORSEY, and AMRITA AHUJA,<br><br>Defendant. | Case No. 1:22-cv-08636-RA<br><br>**NOTICE OF ERRATA REGARDING THE COMPLAINT** |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Donna Esposito ("Plaintiff") hereby provides this notice of errata regarding the complaint filed on October 11, 2022. *See* Dkt. No. 1. Plaintiff inadvertently omitted her certification signed pursuant to the Private Securities Litigation Reform Act of 1995, which was intended to be appended to the end of the complaint. The corrected complaint is attached hereto as Exhibit A.

Dated: October 18, 2022                     Respectfully submitted,

By: *s/ Gregory B. Linkh*
**GLANCY PRONGAY & MURRAY LLP**
Gregory B. Linkh (GL-0477)
 230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
Email: glinkh@glancylaw.com

Robert V. Prongay
Charles Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Attorneys for Plaintiff Donna Esposito*