UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA ESPOSITO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BLOCK, INC., JACK DORSEY, and AMRITA AHUJA,<br><br>　　　　　Defendants. | Case No. 1:22-cv-08636-RA<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT the undersigned, of the law firm of Orrick, Herrington & Sutcliffe LLP, is admitted to practice in this court and is hereby entering an appearance as counsel of record for Defendants Block, Inc., Jack Dorsey, and Amrita Ahuja in the above-captioned matter.

Dated: New York, New York
　　　November 2, 2022

　　　/s/ Richard A. Jacobsen
RICHARD A. JACOBSEN
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, New York 10019
(212) 506-5000
rjacobsen@orrick.com

*Attorneys for Defendants Block, Inc., Jack Dorsey, and Amrita Ahuja*

1