UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA ESPOSITO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLOCK, INC., JACK DORSEY, and AMRITA AHUJA,<br><br>　　　　　Defendants. | Case No. 1:22-cv-08636-RA<br><br>**NOTICE OF PUBLICATION OF PSLRA NOTICE** |

Pursuant to the Court's Order dated November 10, 2022 (ECF No. 15), Plaintiff Donna Esposito hereby provides notice that, on October 11, 2022, she caused to be published via Business Wire a notice advising members of the putative class of the pendency of this action. *See generally* 15 U.S.C. § 78u-4(a)(3)(A)(i). A copy of the notice is attached hereto as Exhibit A.

| | |
|---|---|
| Dated: November 10, 2022 | By: */s/ Gregory B. Linkh* <br> **GLANCY PRONGAY & MURRAY LLP** <br> Gregory B. Linkh (GL-0477) <br> 230 Park Ave., Suite 358 <br> New York, NY 10169 <br> Telephone: (212) 682-5340 <br> Facsimile: (212) 884-0988 <br> Email: glinkh@glancylaw.com <br><br> Robert V. Prongay <br> Charles H. Linehan <br> Pavithra Rajesh <br> 1925 Century Park East, Suite 2100 <br> Los Angeles, CA 90067 <br> Telephone: (310) 201-9150 <br> Facsimile: (310) 201-9160 <br><br> **LAW OFFICES OF HOWARD G. SMITH** <br> Howard G. Smith <br> 3070 Bristol Pike, Suite 112 <br> Bensalem PA 19020 <br> Telephone: (215) 638-4847 <br> Facsimile: (215) 638-4867 <br><br> *Counsel for Plaintiff Donna Esposito* |

## PROOF OF SERVICE

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On November 10, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 10, 2022, at New York, New York.

*s/ Gregory B. Linkh*
Gregory B. Linkh
