```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONNA ESPOSITO, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

-v-

BLOCK, INC., JACK DORSEY, and AMRITA AHUJA,

                Defendants.

No. 22-cv-08636 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

     A conference in this action shall be held on January 6, 2023 at 1:00 p.m. in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York. At this conference, the Court shall address all pending motions for consolidation, to appoint lead plaintiff(s), and to appoint lead plaintiff(s)' counsel.

SO ORDERED.

Dated:    November 15, 2022
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge