# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Block, Inc.
**Ticker:** SQ
**Class Period:** November 4, 2021 to April 4, 2022
**Name:** Ligno S. Sanchez

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 11/5/2021 | 500 | $254.7700 | -$127,385.0000 | | $0.0000 | -$127,385.00 |
| 4/26/2022 | -30 | | $0.0000 | $118.9953 | $3,569.8600 | $3,569.86 |
| 4/26/2022 | -30 | | $0.0000 | $118.9953 | $3,569.8600 | $3,569.86 |
| 4/27/2022 | -128 | | $0.0000 | $117.8037 | $15,078.8800 | $15,078.88 |
| 6/27/2022 | -48 | | $0.0000 | $91.1479 | $4,375.0990 | $4,375.10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **264** | | | | **Subtotal:** | **-$100,791.30** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | **$23,587.88** |
| | | | $89.3480 | 264 | **Total:** | **-$77,203.42** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between April 5, 2022 and July 1, 2022. Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.