-1-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA ESPOSITO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>BLOCK, INC., JACK DORSEY and AMRITA AHUJA,<br><br>　　　　　　　　　Defendants. | Case No. 1:22-cv-08636-RA<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF MOTION OF FOTIOS SOTIROPOULOS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>CLASS ACTION |

I, Lucas E. Gilmore, declare as follows:

1.　　　I am a partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Fotios Sotiropoulos ("Mr. Sotiropoulos" or "Movant"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.　　　Attached are true and correct copies of the following exhibits:

Exhibit A:　　Movant's sworn Certification;

Exhibit B:　　Chart of Movant's estimated loss;

Exhibit C:　　Notice of pendency of class action published in *Business Wire*, a national business-oriented wire service, on October 11, 2022;

Exhibit D:　　Hagens Berman's firm résumé;

Exhibit E:　　Movant's Declaration; and

Exhibit F:　　The Schall Law Firm's résumé.

-1-

999999-03/2089409 V1

-2-

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12th day of December 2022, at San Diego, California.

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

-2-

999999-03/2089409 V1

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR

999999-03/2089409 V1