# Exhibit B

**Loss Analysis for Fotios Sotiropoulos - Block, Inc. (SQ)**
**Class Period 11/04/21 - 04/04/22**

| | | | PURCHASES | | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Shares | Share Price | Amount Paid | | Date | Shares | Share Price | | Amount Received |
| Pre-Class Held | | | | | | | | | | |
| Class Period | 12/30/21 | 3,283 | $165.1500 | $542,187.45 | | | | | | |
| Purchases | 12/30/21 | 613 | $165.1499 | $101,236.89 | | | | | | |
| | 12/30/21 | 124 | $165.1400 | $20,477.36 | | | | | | |
| | 12/30/21 | 980 | $165.1300 | $161,827.40 | | | | | | |
| Post Class | | | | | Post Class | | | | | |
| Purchases | | | | | Sales | | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 5,000 | Total Amt. Paid in CP | $825,729.10 | |
| | | Total Shares Sold in CP | 0 | Total Amt. Sold in CP | $0.00 |
| | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| | | Total Shares Sold to Current | 0 | Total Amt. Sold to Current | $0.00 ALTERNATIVE |

Actual Net Shares Acquired in CP  5,000 (CP Retained Shares)

Net Amount Paid  in CP  $825,729.10
Net Amount Paid in CP Minus Sold to Current Date  $825,729.10 ALTERNATIVE

**Calculation Using 90-Day Lookback**
Net Shares Acquired in CP (CP Retained Shares)  5,000 Automatically 0 if Negative
Net  Shares Acquired During Class Period Held to Current Date  5,000 Automatically 0 if Negative (ALTERNATIVE)

90-Day Mean Share Price after last Day of CP  $88.60

Value of Net Shares Acquired in CP Using 90-Day Mean Share Price  $443,010.32
Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price  $443,010.32 ALTERNATIVE
Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price  $382,718.78 ALTERNATIVE

Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)  $382,718.78
Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)  $382,718.78 ALTERNATIVE