**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONNA ESPOSITO, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>BLOCK, INC., JACK DORSEY, and AMRITA AHUJA,<br><br>    Defendants. | Case No.: 1:22-cv-08636-RA<br><br>Hon. Ronnie Abrams |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF BRYAN KERR'S MOTION**
**FOR APPOINTMENT AS LEAD PLAINTIFF AND**
**APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Bryan Kerr ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**:    PSLRA Certification signed by Movant attesting to his and his wife's transactions of Block, Inc. ("Block" or the "Company") securities and an assignment signed by Movant's wife, Karen Kerr;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of his transactions in Block securities;

2

**Exhibit C**:    Press Release published October 11, 2022, on *Business Wire,* announcing the pendency of the securities class action against defendants herein: *Esposito v. Block, Inc., et. al.,* Case No. 1:22-cv-08636-RA;

**Exhibit D**:    Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: December 12, 2022                    Respectfully Submitted,

                                            **LEVI & KORSINSKY, LLP**

                                            By: */s/ Adam M. Apton*
                                            Adam M. Apton (AS-8383)
                                            55 Broadway, 10th Floor
                                            New York, NY 10006
                                            Tel: (212) 363-7500
                                            Fax: (212) 363-7171
                                            Email: aapton@zlk.com

                                            *Lead Counsel for Bryan Kerr and*
                                            *[Proposed] Lead Counsel for the Class*