# EXHIBIT B

| Client Name | Bryan Kerr |
|---|---|
| Company Name | Block, Inc. |
| Ticker Symbol | SQ |
| Security Type | |
| Class Period Start | 11-04-2021 |
| Class Period End | 04-04-2022 |
| 90-DAY Lookback Period Start | 04-05-2022 |
| 90-DAY Lookback Period End | 07-03-2022 |
| 90-DAY Lookback Average | $ 89.35 |
| Pre Class Period Holdings | -- |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $70,869.60 |
| DURA LIFO* Total | $29,209.48 |
| Gross Shares Purchased | 835 |
| Net Shares Retained | 235 |
| Net Funds Expended | $94,515.30 |

### Bryan Kerr - Account 1

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 11-05-2021 | 200 | 239.5 | $ 47,900.00 | 05-27-2022 | | 200 | $ 100.62 | | $ 20,124.00 | 200 | - | $ 89.35 | | $ 27,776.00 | $ 27,776.00 |
| 11-09-2021 | 13 | 233 | $ 3,029.00 | 03-17-2022 | 13 | | $ 125.00 | $ 1,625.00 | - | - | - | $ 89.35 | | $ 1,404.00 | |
| 11-09-2021 | 100 | 233 | $ 23,300.00 | 03-17-2022 | 100 | | $ 128.00 | $ 12,800.00 | - | - | - | $ 89.35 | | $ 10,500.00 | |
| 11-09-2021 | 35 | 233 | $ 8,155.00 | 05-27-2022 | | 35 | $ 100.62 | | $ 3,521.70 | 35 | - | $ 89.35 | | $ 4,633.30 | $ 4,633.30 |
| 11-09-2021 | 52 | 232.955 | $ 12,113.66 | 03-17-2022 | 52 | | $ 125.00 | $ 6,500.00 | - | - | - | $ 89.35 | | $ 5,613.66 | |
| 11-11-2021 | 65 | 227.1 | $ 14,761.50 | 02-25-2022 | 65 | | $ 120.00 | $ 7,800.00 | - | - | - | $ 89.35 | | $ 6,961.50 | |
| 11-11-2021 | 35 | 227.1 | $ 7,948.50 | 03-17-2022 | 35 | | $ 125.00 | $ 4,375.00 | - | - | - | $ 89.35 | | $ 3,573.50 | |
| 11-19-2021 | 100 | 226 | $ 22,600.00 | 02-25-2022 | 100 | | $ 120.00 | $ 12,000.00 | - | - | - | $ 89.35 | | $ 10,600.00 | |
| 11-23-2021 | 35 | 205.9275 | $ 7,207.46 | 02-25-2022 | 35 | | $ 120.00 | $ 4,200.00 | - | - | - | $ 89.35 | | $ 3,007.46 | |
| 03-07-2022 | 100 | 103.45 | $ 10,345.00 | 03-16-2022 | 100 | | $ 113.90 | $ 11,389.82 | - | - | - | $ 89.35 | | -$ 1,044.82 | -$ 1,044.82 |
| 03-07-2022 | 100 | 103.45 | $ 10,345.00 | 03-17-2022 | 100 | | $ 125.00 | $ 12,500.00 | - | - | - | $ 89.35 | | -$ 2,155.00 | -$ 2,155.00 |
| Total: | 835 | | $167,705.12 | | 600 | 235 | | $73,189.82 | $23,645.70 | 235 | | | | $70,869.60 | $29,209.48 |

| Client Name | Bryan Kerr |
|---|---|
| Company Name | Block, Inc. |
| Ticker Symbol | SQ |
| Security Type | |
| Class Period Start | 11-04-2021 |
| Class Period End | 04-04-2022 |
| 90-DAY Lookback Period Start | 04-05-2022 |
| 90-DAY Lookback Period End | 07-03-2022 |
| 90-DAY Lookback Average | $ 89.35 |
| Pre Class Period Holdings | 100 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $42,094.00 |
| DURA LIFO* Total | $42,094.00 |
| Gross Shares Purchased | 300 |
| Net Shares Retained | 300 |
| Net Funds Expended | $72,280.00 |

### Bryan Kerr - Account 2

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 11-04-2021 | 100 | 244.8 | $ 24,480.00 | 05-27-2022 | | 100 | $ 100.62 | | $ 10,062.00 | 100 | - | $ 89.35 | | $ 14,418.00 | $ 14,418.00 |
| 11-05-2021 | 200 | 239 | $ 47,800.00 | 05-27-2022 | | 200 | $ 100.62 | | $ 20,124.00 | 200 | - | $ 89.35 | | $ 27,676.00 | $ 27,676.00 |
| Total: | 300 | | $72,280.00 | | | 300 | | | $30,186 | 300 | | | | $42,094.00 | $42,094.00 |

| SUMMARY OF FINANCIAL INTEREST ALL ACCTS | |
|---|---|
| LIFO Loss Total | $112,963.60 |
| DURALIFO* Total | $71,303.48 |
| Gross Shares Purchased | 1,135 |
| Net Shares Retained | 535 |
| Net Funds Expended | $166,795.30 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.