UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DONNA ESPOSITO, Individually and on Behalf of All Others Similarly Situated, | Case No.  1:22-cv-08636-RA |
| Plaintiff, | |
| v. | |
| BLOCK, INC., JACK DORSEY, and AMRITA AHUJA, | |
| Defendants. | |

DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION
OF MEHRAN ESLAMBOLIPOOR FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF LEAD COUNSEL

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Mehran Eslambolipoor ("Eslambolipoor"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Eslambolipoor's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of Eslambolipoor's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Eslambolipoor's financial interest in this litigation;

Exhibit B:    Press release published over *Business Wire* on October 11, 2022, announcing the pendency of the Action;

Exhibit C:    Shareholder Certification executed by Eslambolipoor;

Exhibit D:    Declaration executed by Eslambolipoor; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 12, 2022.

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman

1