# EXHIBIT A

**Block, Inc. (SQ)**
**Class Period: November 4, 2021 to April 4, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $89.3480 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mehran Eslambolipoor | 11/22/2021 | 100 | $217.3000 | ($21,730) | 2/25/2022 | (100) | $119.2813 | $11,928 | | | |
| Mehran Eslambolipoor | 11/22/2021 | 100 | $208.5857 | ($20,859) | 2/25/2022 | (100) | $117.8000 | $11,780 | | | |
| Mehran Eslambolipoor | 11/23/2021 | 50 | $206.4000 | ($10,320) | 2/28/2022 | (58) | $131.4588 | $7,625 | | | |
| Mehran Eslambolipoor | 11/23/2021 | 50 | $206.0200 | ($10,301) | 2/28/2022 | (51) | $128.0000 | $6,528 | | | |
| Mehran Eslambolipoor | 12/1/2021 | 50 | $200.4950 | ($10,025) | 2/28/2022 | (91) | $128.1000 | $11,657 | | | |
| Mehran Eslambolipoor | 12/2/2021 | 50 | $190.3030 | ($9,515) | 3/17/2022 | (100) | $122.4000 | $12,240 | | | |
| Mehran Eslambolipoor | 12/3/2021 | 100 | $177.1034 | ($17,710) | 3/17/2022 | (100) | $128.1300 | $12,813 | | | |
| Mehran Eslambolipoor | 12/3/2021 | 100 | $176.6625 | ($17,666) | 3/17/2022 | (100) | $123.8600 | $12,386 | | | |
| Mehran Eslambolipoor | 12/6/2021 | 100 | $174.0923 | ($17,409) | 3/17/2022 | (100) | $123.7150 | $12,372 | | | |
| Mehran Eslambolipoor | 12/10/2021 | 100 | $180.1550 | ($18,016) | 3/17/2022 | (50) | $125.2500 | $6,263 | | | |
| Mehran Eslambolipoor | 12/13/2021 | 100 | $173.3100 | ($17,331) | 3/17/2022 | (50) | $125.2500 | $6,263 | | | |
| Mehran Eslambolipoor | 12/13/2021 | 100 | $173.7205 | ($17,372) | 3/17/2022 | (100) | $121.1728 | $12,117 | | | |
| Mehran Eslambolipoor | 12/13/2021 | 100 | $172.2000 | ($17,220) | 3/17/2022 | (100) | $124.7800 | $12,478 | | | |
| Mehran Eslambolipoor | 12/13/2021 | 100 | $172.9090 | ($17,291) | 3/17/2022 | (100) | $124.6600 | $12,466 | | | |
| Mehran Eslambolipoor | 12/15/2021 | 100 | $163.7650 | ($16,377) | 3/17/2022 | (100) | $124.5000 | $12,450 | | | |
| Mehran Eslambolipoor | 12/15/2021 | 100 | $164.1800 | ($16,418) | 3/17/2022 | (100) | $124.4600 | $12,446 | | | |
| Mehran Eslambolipoor | 12/15/2021 | 100 | $165.0000 | ($16,500) | 3/18/2022 | (50) | $135.0000 | $6,750 | | | |
| Mehran Eslambolipoor | 12/20/2021 | 100 | $159.0400 | ($15,904) | 3/18/2022 | (50) | $137.1000 | $6,855 | | | |
| Mehran Eslambolipoor | 12/20/2021 | 100 | $159.7788 | ($15,978) | 3/18/2022 | (50) | $134.9800 | $6,749 | | | |
| Mehran Eslambolipoor | 12/20/2021 | 100 | $160.6461 | ($16,065) | 3/18/2022 | (100) | $135.1500 | $13,515 | | | |
| Mehran Eslambolipoor | 12/20/2021 | 100 | $160.7600 | ($16,076) | 3/18/2022 | (50) | $136.9000 | $6,845 | | | |
| Mehran Eslambolipoor | 12/20/2021 | 100 | $158.5000 | ($15,850) | 3/18/2022 | (50) | $136.8000 | $6,840 | | | |
| Mehran Eslambolipoor | 1/4/2022 | 250 | $152.1148 | ($38,029) | 3/18/2022 | (50) | $136.6204 | $6,831 | | | |
| Mehran Eslambolipoor | 1/4/2022 | 138 | $152.0600 | ($20,984) | 3/18/2022 | (100) | $137.8500 | $13,785 | | | |
| Mehran Eslambolipoor | 1/4/2022 | 112 | $152.0890 | ($17,034) | 3/18/2022 | (100) | $137.7000 | $13,770 | | | |
| Mehran Eslambolipoor | 1/5/2022 | 100 | $145.2200 | ($14,522) | 3/18/2022 | (1) | $137.8200 | $138 | | | |
| Mehran Eslambolipoor | 1/5/2022 | 100 | $147.3963 | ($14,740) | 3/18/2022 | (49) | $137.8250 | $6,753 | | | |
| Mehran Eslambolipoor | 1/5/2022 | 100 | $143.9050 | ($14,391) | 3/18/2022 | (50) | $137.6700 | $6,884 | | | |
| Mehran Eslambolipoor | 1/6/2022 | 100 | $140.0000 | ($14,000) | 3/18/2022 | (100) | $136.3100 | $13,631 | | | |
| Mehran Eslambolipoor | 1/10/2022 | 100 | $134.3949 | ($13,439) | 3/18/2022 | (50) | $136.3000 | $6,815 | | | |
| Mehran Eslambolipoor | 1/14/2022 | 58 | $129.6900 | ($7,522) | 3/18/2022 | (50) | $137.2400 | $6,862 | | | |

*Avg Closing Prices from April 5, 2022 to July 1, 2022

**Block, Inc. (SQ)**
**Class Period: November 4, 2021 to April 4, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $89.3480 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mehran Eslambolipoor | 1/14/2022 | 51 | $129.7000 | ($6,615) | 3/18/2022 | (50) | $137.1800 | $6,859 | | | |
| Mehran Eslambolipoor | 1/14/2022 | 100 | $130.0600 | ($13,006) | 3/18/2022 | (50) | $137.1800 | $6,859 | | | |
| Mehran Eslambolipoor | 1/14/2022 | 100 | $131.2927 | ($13,129) | 3/18/2022 | (9) | $131.4875 | $1,183 | | | |
| Mehran Eslambolipoor | 1/14/2022 | 100 | $131.4100 | ($13,141) | 3/18/2022 | (100) | $132.8580 | $13,286 | | | |
| Mehran Eslambolipoor | 1/19/2022 | 91 | $128.2000 | ($11,666) | 3/18/2022 | (100) | $132.6418 | $13,264 | | | |
| Mehran Eslambolipoor | 1/21/2022 | 100 | $118.8900 | ($11,889) | 3/18/2022 | (100) | $132.5000 | $13,250 | | | |
| Mehran Eslambolipoor | 1/21/2022 | 100 | $120.8200 | ($12,082) | 3/18/2022 | (100) | $136.7000 | $13,670 | | | |
| Mehran Eslambolipoor | 1/21/2022 | 100 | $119.8800 | ($11,988) | 3/18/2022 | (100) | $136.3000 | $13,630 | | | |
| Mehran Eslambolipoor | 1/21/2022 | 100 | $122.7250 | ($12,273) | 3/18/2022 | (100) | $136.0000 | $13,600 | | | |
| Mehran Eslambolipoor | 1/21/2022 | 100 | $125.8391 | ($12,584) | 3/18/2022 | (50) | $135.9250 | $6,796 | | | |
| Mehran Eslambolipoor | 1/21/2022 | 100 | $123.1700 | ($12,317) | 3/18/2022 | (50) | $134.8500 | $6,743 | | | |
| Mehran Eslambolipoor | 1/21/2022 | 100 | $124.1000 | ($12,410) | 3/18/2022 | (50) | $134.8500 | $6,743 | | | |
| Mehran Eslambolipoor | 1/26/2022 | 100 | $111.5800 | ($11,158) | 3/18/2022 | (38) | $134.8000 | $5,122 | | | |
| Mehran Eslambolipoor | 1/27/2022 | 50 | $105.4050 | ($5,270) | 3/18/2022 | (100) | $134.8004 | $13,480 | | | |
| Mehran Eslambolipoor | 1/27/2022 | 100 | $104.5300 | ($10,453) | 3/18/2022 | (100) | $134.8504 | $13,485 | | | |
| Mehran Eslambolipoor | 2/2/2022 | 50 | $115.1000 | ($5,755) | 3/18/2022 | (112) | $134.7300 | $15,090 | | | |
| Mehran Eslambolipoor | 2/3/2022 | 50 | $103.3717 | ($5,169) | 3/18/2022 | (8) | $134.5750 | $1,077 | | | |
| Mehran Eslambolipoor | 2/3/2022 | 50 | $102.4999 | ($5,125) | 3/18/2022 | (42) | $134.5624 | $5,652 | | | |
| Mehran Eslambolipoor | 2/17/2022 | 50 | $104.0550 | ($5,203) | 3/18/2022 | (100) | $141.6000 | $14,160 | | | |
| Mehran Eslambolipoor | 2/17/2022 | 100 | $105.3600 | ($10,536) | 3/18/2022 | (100) | $139.8000 | $13,980 | | | |
| Mehran Eslambolipoor | 2/18/2022 | 200 | $98.7339 | ($19,747) | 3/18/2022 | (100) | $138.3400 | $13,834 | | | |
| Mehran Eslambolipoor | 2/18/2022 | 50 | $97.8650 | ($4,893) | 3/18/2022 | (100) | $135.0000 | $13,500 | | | |
| Mehran Eslambolipoor | 2/22/2022 | 100 | $94.7154 | ($9,472) | 3/18/2022 | (100) | $137.1000 | $13,710 | | | |
| Mehran Eslambolipoor | 2/22/2022 | 100 | $95.1700 | ($9,517) | 3/18/2022 | (41) | $135.0000 | $5,535 | | | |
| Mehran Eslambolipoor | 2/23/2022 | 50 | $91.1000 | ($4,555) | | | | | | | |
| Mehran Eslambolipoor | 2/23/2022 | 50 | $91.7400 | ($4,587) | | | | | | | |
| Mehran Eslambolipoor | 2/23/2022 | 50 | $90.5894 | ($4,529) | | | | | | | |
| Mehran Eslambolipoor | 2/24/2022 | 50 | $84.1600 | ($4,208) | | | | | | | |
| Mehran Eslambolipoor | 3/3/2022 | 100 | $113.8427 | ($11,384) | | | | | | | |
| Mehran Eslambolipoor | 3/4/2022 | 100 | $108.8950 | ($10,890) | | | | | | | |
| Mehran Eslambolipoor | 3/4/2022 | 50 | $105.9115 | ($5,296) | | | | | | | |

*Avg Closing Prices from April 5, 2022 to July 1, 2022

**Block, Inc. (SQ)**
**Class Period: November 4, 2021 to April 4, 2022**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Days* Mean Price $89.3480 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Mehran Eslambolipoor | 3/4/2022 | 50 | $107.3912 | ($5,370) | | | | | | | |
| Mehran Eslambolipoor | 3/7/2022 | 100 | $96.2300 | ($9,623) | | | | | | | |
| Mehran Eslambolipoor | 3/7/2022 | 100 | $96.4100 | ($9,641) | | | | | | | |
| Mehran Eslambolipoor | 3/7/2022 | 100 | $96.8252 | ($9,683) | | | | | | | |
| Mehran Eslambolipoor | 3/7/2022 | 100 | $97.0000 | ($9,700) | | | | | | | |
| Mehran Eslambolipoor | 3/7/2022 | 100 | $97.8159 | ($9,782) | | | | | | | |
| Mehran Eslambolipoor | 3/14/2022 | 100 | $93.6250 | ($9,363) | | | | | | | |
| Mehran Eslambolipoor | 3/25/2022 | 50 | $128.7450 | ($6,437) | | | | | | | |
| **Mehran Eslambolipoor** | | **6,350** | | **($867,035)** | | **(4,100)** | | **$541,340** | **2,250** | **$201,033** | **($124,662)** |

*Avg Closing Prices from April 5, 2022 to July 1, 2022