**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Movant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DONNA ESPOSITO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLOCK, INC., JACK DORSEY, and AMRITA AHUJA,<br><br>　　　　Defendants. | **CASE No.: 1:22-cv-08636-RA**<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF JAMES TSOU TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL (DKT. NO. 21)**<br><br>**CLASS ACTION** |

1

Movant James Tsou ("Movant") hereby withdraws his motion: (1) to be appointed lead plaintiff; and (2) for his counsel to be appointed as lead counsel. (Dkt. No. 21). Having reviewed the competing motions filed in this action, Movant does not appear to have the largest financial interest.

This withdrawal shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

Dated: December 14, 2022       Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Movant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2022, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim