-1-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA ESPOSITO, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>BLOCK, INC., JACK DORSEY and AMRITA AHUJA,<br><br>       Defendants. | Case No. 1:22-cv-08636-RA<br><br>**NOTICE OF COMPETING APPLICANTS' NON-OPPOSITION TO FOTIOS SOTIROPOULOS' MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br><u>CLASS ACTION</u> |

Lead plaintiff movant Fotios Sotiropoulos ("Mr. Sotiropoulos") hereby respectfully gives notice that his motion for appointment as lead plaintiff and approval of his selection of lead counsel (the "Motion") now stands unopposed by all competing lead plaintiff applicants.[1]

Based on the foregoing, and for the reasons discussed Mr. Sotiropoulos' previous submissions (ECF Nos. 23, 42), Mr. Sotiropoulos respectfully requests that the Court grant Mr. Sotiropoulos' Motion and enter an Order appointing him as Lead Plaintiff and approving his selection of Hagens Berman Sobol Shapiro LLP as Lead Counsel. *See* 15 U.S.C. § 78u-4(a)(3)(B).

DATED: January 3, 2023

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Nathaniel A. Tarnor*
    Nathaniel A. Tarnor

68 3rd Street, Suite 249
Brooklyn, NY 11231
Telephone: (212) 752-5455
Facsimile: (917) 210-3980
nathant@hbsslaw.com

Reed R. Kathrein, *pro hac vice* forthcoming
Lucas E. Gilmore, *pro hac vice*
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Counsel for [Proposed] Lead Plaintiff Fotios Sotiropoulos*

---

[1] *See also,* withdrawal and non-opposition notices filed by James Tsou (ECF No. 36), Mehran Eslambolipoor (ECF No. 38), Bryan Kerr (ECF No. 40), and Ligno S. Sanchez (ECF No. 41).

-3-

Brian J. Schall, *pro hac vice* forthcoming
THE SCHALL LAW FIRM
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile:  (310) 388-0192
brian@schallfirm.com

*Additional Counsel for [Proposed] Lead Plaintiff Fotios Sotiropoulos*

-1-

## CERTIFICATE OF SERVICE

      I hereby certify that on January 3, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                                      */s/ Nathaniel A. Tarnor*
                                                      NATHANIEL A. TARNOR