UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA ESPOSITO, Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>v.<br><br>BLOCK, INC., JACK DORSEY and AMRITA AHUJA,<br><br>                      Defendants. | Case No. 1:22-cv-08636-RA<br><br>[PROPOSED] ORDER GRANTING MOTION OF FOTIOS SOTIROPOULOS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL<br><br><u>CLASS ACTION</u> |

WHEREAS, the Court has considered the motion of Fotios Sotiropoulos ("Mr. Sotiropoulos" or "Movant") for entry of an Order: (1) appointing Mr. Sotiropoulos as Lead Plaintiff on behalf of a class consisting of all persons and entities other than Defendants that purchased or otherwise acquired Block, Inc. ("Block" or "SQ") securities between November 4, 2021 and April 4, 2022, both dates inclusive (the "Class Period"); (2) approving Movant's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the class and The Schall Law Firm as additional counsel; and (3) granting such other and further relief as the Court may deem just and proper, and with good cause appearing therefor, IT IS HEREBY ORDERED THAT:

       1.     Class member Fotios Sotiropoulos is appointed to serve as Lead Plaintiff in the above-captioned action pursuant to Section 21D(a)(3)(B) of the Securities Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995.

2. Lead Plaintiff's selection of Lead Counsel is approved. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), Hagens Berman is approved as Lead Counsel for the Class in the action. The Schall Law Firm is approved as additional counsel.

3. Lead Counsel shall have authority to speak for the Lead Plaintiff in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive efforts.

4. Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of the Lead Plaintiff and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pretrial proceedings shall be initiated or filed by the Lead Plaintiff except through Lead Counsel.

5. Lead Counsel shall also be available and responsible for communications to and from this Court.

6. Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly-authorized representatives of Lead Plaintiff, and such agreements shall be binding on Lead Plaintiff.

7. The conference scheduled for January 6, 2023 is hereby adjourned. As stipulated by the parties on November 8, 2022, Defendants and Lead Plaintiff shall jointly submit, within fourteen (14) days of this Order, (1) a proposed schedule for filing an amended complaint or designating a complaint as the operative complaint, and (2) a briefing schedule on Defendants' anticipated motion(s) to dismiss.

IT IS SO ORDERED.

Dated: January 4, 2023

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE