UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA ESPOSITO, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>v.<br><br>BLOCK, INC., JACK DORSEY, and AMRITA AHUJA,<br><br>  Defendants. | Case No. 1:22-cv-08636-RA<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br><u>CLASS ACTION</u> |

WHEREAS, on January 4, 2023, the Court appointed Fotios Sotiropoulos as Lead Plaintiff and appointed Hagens Berman Sobol Shapiro LLP as Lead Counsel for the class and The Schall Firm as additional counsel. ECF No. 45.

WHEREAS, the Court ordered Defendants and Lead Plaintiff to jointly submit, within fourteen (14) days of the Order, a proposed schedule for the filing of an amended complaint and a briefing schedule on Defendants' anticipated motion to dismiss. *Id.*

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, subject to Court approval, that:

1. Lead Plaintiff shall file an amended complaint no later than March 15, 2023.

2. Defendants' motion to dismiss the amended complaint shall be filed on May 15, 2023.

3. Lead Plaintiff's opposition to the motion to dismiss shall be filed on July 14, 2023.

4. Defendants' reply in support of their motion to dismiss shall be filed on August 28, 2023.

Dated: January 18, 2023        /s/ Reed R. Kathrein
                                Reed R. Kathrein (pro hac vice)
                                Lucas E. Gilmore (pro hac vice)
                                HAGENS BERMAN SOBOL SHAPIRO LLP
                                715 Hearst Avenue, Suite 300
                                Berkeley, CA  94710
                                Telephone: (510) 725-3000
                                Facsimile:  (510) 725-3001
                                reed@hbsslaw.com
                                lucasg@hbsslaw.com

                                Nathaniel A. Tarnor
                                HAGENS BERMAN SOBOL SHAPIRO LLP
                                68 3rd Street, Suite 249
                                Brooklyn, NY 11231
                                Telephone: (212) 752-5455
                                Facsimile:  (917) 210-3980
                                nathant@hbsslaw.com

                                *Lead Counsel for Plaintiffs*

                                Brian J. Schall (pro hac vice forthcoming)
                                THE SCHALL LAW FIRM
                                2049 Century Park East, Suite 2460
                                Los Angeles, CA 90067
                                Telephone: (310) 301-3335
                                Facsimile:  (310) 388-0192
                                brian@schallfirm.com

                                *Additional Counsel for Plaintiffs*

Dated: January 18, 2023        /s/ Jennifer M. Keighley
                                Jennifer M. Keighley
                                Richard A. Jacobsen
                                ORRICK, HERRINGTON & SUTCLIFFE LLP
                                51 West 52nd Street
                                New York, New York 10019
                                (212) 506-5000
                                rjacobsen@orrick.com
                                jkeighley@orrick.com

James N. Kramer (pro hac vice)
Alexander Talarides (pro hac vice)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
jkramer@orrick.com
atalarides@orrick.com

*Counsel for Defendants Block, Inc., Jack Dorsey, and Amrita Ahuja*

-3-

**[PROPOSED] ORDER**

Pursuant to the stipulation, and good cause appearing, IT IS HEREBY ORDERED that:

1. Lead Plaintiff shall file an amended complaint no later than March 15, 2023.

2. Defendants' motion to dismiss the amended complaint shall be filed on May 15, 2023.

3. Lead Plaintiff's opposition to the motion to dismiss shall be filed on July 14, 2023.

4. Defendants' reply in support of their motion to dismiss shall be filed on August 28, 2023.

**IT IS SO ORDERED.**

Dated: January 20, 2023

_____
HON. RONNIE ABRAMS
United States District Judge

-5-

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                                      /s/ Reed R. Kathrein
                                                      REED R. KATHREIN