UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BLOCK, INC. SECURITIES LITIGATION | Master Case No. 1:22-cv-08636-RA<br><br>CLASS ACTION |
| This Document Relates To:   All Actions | |
| OFFICIAL INTELLIGENCE PTY LTD., Individually and on Behalf of all Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>BLOCK, INC., JACK DORSEY, and JIM MCKELVEY,<br><br>                    Defendants. | Case No. 1:23-cv-2789_____<br><br>CLASS ACTION |

**DECLARATION OF JEFFREY S. ABRAHAM IN SUPPORT OF
THE MOTION OF OFFICIAL INTELLIGENCE PTY LTD. FOR:
(I) APPOINTMENT AS LEAD PLAINTIFF; AND
(II) APPROVAL OF SELECTION OF LEAD COUNSEL FOR THE CLASS**

I, Jeffrey S. Abraham, declare as follows:

1.      I am a Partner with Abraham, Fruchter & Twersky, LLP, attorneys for Official Intelligence Pty Ltd. and proposed co-lead counsel for the class.

2.      I submit this Declaration in support of Official Intelligence Pty Ltd.'s motion to: (i) appoint Official Intelligence Pty Ltd. as Lead Plaintiff; and (iii) approve Official Intelligence Pty Ltd.'s selection of Abraham, Fruchter & Twersky, LLP ("AF&T") and Bronstein, Gewirtz & Grossman, LLC ("BG&G") to serve as Lead Counsel.

3.      Attached as Exhibit A is a true and correct copy of a notice that was published by Johnson Fistel, LLP through *Globe Newswire* on January 31, 2023.

4.      It appears from searching on Globe Newswire and Google that Plaintiff Jordon Michael Hart has taken no action to retract the notice that was published by Johnson Fistel, LLP through *Globe Newswire* on January 31, 2023 which is attached hereto as Exhibit A.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: April 3, 2023                                         Respectfully submitted,

By:  */s/Jeffrey S. Abraham*
Jeffrey S. Abraham