# EXHIBIT A

Case 1:22-cv-08636-MMG   Document 57-1   Filed 04/03/23   Page 2 of 5



NEWSROOM      SERVICES ⌄      FRANÇAIS      SIGN IN      REGISTER



# Johnson Fistel, LLP Announces That It Has Filed a Class Action Lawsuit on Behalf of Block, Inc. Investors - Alleging Violations of the Federal Securities Laws

January 31, 2023 22:19 ET | Source: **Johnson Fistel, LLP**      Follow







SAN DIEGO, Jan. 31, 2023 (GLOBE NEWSWIRE) -- Shareholder rights law firm Johnson Fistel, LLP announces that it has filed a class-action lawsuit of persons and entities who purchased or otherwise acquired Block securities during the period November 4, 2021 and April 4, 2022, including all former shareholders of Afterpay securities who acquired unregistered Block, Inc. Class A common stock (and/or corresponding SQ CHESS Depository Interests ("CDI")) ("Block Shares" or "Square Securities") in direct exchange for Afterpay shares pursuant to Block's January 31, 2022 acquisition and stock-for-stock merger with Afterpay (the "Merger" or "Acquisition"). The action was filed in the United States District Court for the Northern District of California and is captioned *Hart v. Block, Inc., et al.*, Case 3:23-cv-00455.

**What actions may I take at this time?** If you purchased Block securities and suffered significant losses on your investment, contact Johnson Fistel, LLP to submit your losses:

- Contact Lead Securities Analyst Jim Baker at jimb@johnsonfistel.com or (619) 814-4471

- Click or paste the following web address into your browser to submit your losses: https://www.johnsonfistel.com/investigations/block-inc-2

**Lead plaintiff motions for the Block, Inc. class-action lawsuit must be filed with the court no later than 60 days from this notice.**



NEWSROOM    SERVICES ⌄    FRANÇAIS    SIGN IN    REGISTER

concerning the Merger. Additionally, the complaint alleges that throughout the Class Period, the defendants: (i) deceived the investing public, including Plaintiff and other Class members, as alleged herein; (ii) artificially inflated and maintained the market price of Block securities; and (iii) caused Plaintiff and other members of the Class to purchase or otherwise acquire Block securities at artificially inflated prices. The complaint asserts non-fraud, strict liability claims under §§12(a)(1), 12(a)(2), and 15 of the Securities Act of 1933 against Block and certain current and former Block and Afterpay officers and directors, as well as scheme liability claims under §§10(b) and 20(a) of the Securities Exchange Act of 1934.

**THE LEAD PLAINTIFF PROCESS**: The Private Securities Litigation Reform Act of 1995 permits any investor who purchased or otherwise acquired Block, Inc. securities during the Class Period to seek appointment as lead plaintiff. A lead plaintiff acts on behalf of all other class members in directing the litigation. The lead plaintiff can select a law firm of its choice. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

**About Johnson Fistel, LLP:**

Johnson Fistel, LLP is a nationally recognized shareholder rights law firm with offices in California, New York and Georgia. The firm represents individual and institutional investors in shareholder derivative and securities class action lawsuits. For more information about the firm and its attorneys, please visit http://www.johnsonfistel.com. Attorney advertising. Past results do not guarantee future outcomes.

**Contact:**

Johnson Fistel, LLP

Jim Baker, 619-814-4471

jimb@johnsonfistel.com

**Tags**

block    sq    afterpay    class action    Class Action



NEWSROOM        SERVICES ⌄        FRANÇAIS        SIGN IN        REGISTER

March 25, 2023 11:30 ET

Source:    Johnson Fistel, LLP

**Investigation Alert RDW, GL, OLO, and OPEN: Johnson Fistel, LLP Encourages Long-Term Investors to Contact the Firm; Should Management be...**

SAN DIEGO, March 25, 2023 (GLOBE NEWSWIRE) -- Redwire Corporation (NYSE: RDW) Johnson Fistel, LLP is investigating potential claims on behalf of Redwire Corporation (NYSE: RDW) against certain of...



March 24, 2023 19:57 ET

Source:    Johnson Fistel, LLP

**FOXO Shareholder News: Johnson Fistel Encourages Shareholders with Losses to Contact the Firm Regarding Investigation**

SAN DIEGO, March 24, 2023 (GLOBE NEWSWIRE) -- Shareholder rights law firm Johnson Fistel, LLP (www.JohnsonFistel.com) is investigating FOXO Technologies Inc. ("FOXO" or the "Company") (NYSE_AM:...



# Explore



**Global Spine Implants Market Report 2023: Major P...**

March 27, 2023 09:58 ET



**Diuretics Global Market Research Report 2023: A $7...**

March 27, 2023 09:53 ET



**Sterility Testing Global Market to Reach $1.9 Bill...**

March 27, 2023 09:48 ET



*Dry Eye Global N 2023: A*

March 27, 2



**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

**Newswire Distribution Network & Management**

· Home                    · Legal

· Newsroom              · Contact us

· RSS Feeds



NEWSROOM    SERVICES ⌄    FRANÇAIS    SIGN IN    REGISTER

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.

© 2023 GlobeNewswire, Inc. All Rights Reserved.



NEWSROOM    SERVICES ⌄    FRANÇAIS    SIGN IN    REGISTER

GlobeNewswire is a newswire distribution network. Articles and other content published by GlobeNewswire are the legal responsibility of the author and GlobeNewswire accepts no liability for the content of such material. GlobeNewswire publishes content for informational purposes and makes no representations regarding, recommendation or invitation to engage in, any form of financial or investment activity, and does not endorse the content of any material published.