**DECLARATION IN SUPPORT OF LEAD PLAINTIFF MOTION**

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    I, Simon J. Smith, respectfully submit this Declaration in support of Official Intelligence Pty Ltd's ("Official Intelligence") motion for appointment as Lead Plaintiff and approval of my selection of Abraham, Fruchter & Twersky, LLP ("AF&T") and Bronstein, Gewirtz & Grossman, LLC ("BG&G" and with AF&T the "Attorneys") as Co-Lead Counsel in the instant class action on behalf of investors in the securities of Block, Inc. f/k/a Square Inc. ("Block" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  I am informed of and understand the requirements and duties imposed by the PSLRA. I have personal knowledge about the information in this Declaration.

2.    I, Simon Smith, live in Melbourne, Australia.  I am a IT consultant.  I am 43 years old and have been investing in the securities markets for approximately 3 years.

3.    I am also the chief executive officer ("CEO") of Official Intelligence, which is an IT consulting company under my control. As reflected in its Certification, Official Intelligence purchased Block securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action. As CEO of Official Intelligence, I have authority to pursue recovery of losses incurred through Official Intelligence's investments in Block.

4.    On behalf of Official Intelligence, I have discussed this case with Official Intelligence's counsel.  Accordingly, Official Intelligence and I are aware of the current status of this litigation.  We understand that in addition to Official Intelligence, other investors in Block securities may file motions seeking appointment as Lead Plaintiff in this action.  We understand that on April 3, 2023, Official Intelligence's counsel will file a memorandum of law in support of

1

Official Intelligence's motion for appointment as Lead Plaintiff. We understand that this Declaration and other supporting submissions prepared by Official Intelligence's counsel will be filed concurrently with the memorandum of law. We understand that the Lead Plaintiff role includes evaluating the strengths and weaknesses of the case and prospects for resolution of this matter. We understand that it is the Lead Plaintiff's responsibility to direct counsel with respect to this litigation, after receiving the benefit of counsel's advice. Official Intelligence approved BG&G and AF&T as its designated Co-Lead Counsel. We approved the filing of a motion on my behalf seeking appointment as Lead Plaintiff.

5.      We attest to, among other things, our belief in the merits of this action; our desire to achieve the best possible result for the Class; our interest in prosecuting this case; our understanding of the fiduciary obligations of a Lead Plaintiff; and our preparedness to supervise counsel and undertake all actions necessary to ensure that the Class's claims will be zealously and efficiently litigated. We hereby affirm that the foregoing statements, as well as all other statements set forth in this Declaration, are true and correct statements of our views and intentions with respect to this litigation, and that Official Intelligence seeks appointment as Lead Plaintiff in this action.

6.      Given Official Intelligence's significant financial interest in the claims against the defendants, it is strongly motivated to recover the significant losses that it and the Class suffered as a result of defendants' violations of the federal securities laws. Official Intelligence's goal in seeking to serve as Lead Plaintiff in this case is to achieve the best possible recovery for the Class from all culpable parties. Official Intelligence is committed to ensuring the litigation is litigated as zealously and efficiently as possible, in accordance with its duties under the PSLRA.

7.      If appointed Lead Plaintiff, Official Intelligence will satisfy its fiduciary obligations to the Class by, among other steps, conferring with its counsel regarding litigation

2

strategy and other matters, attending court proceedings, depositions, any settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, Official Intelligence will ensure that the Block securities litigation will be vigorously prosecuted consistent with the obligations of a Lead Plaintiff under the PSLRA and in the best interests of the Class, and will seek to obtain the greatest possible recovery for the Class.

8.      After reviewing the allegations pleaded in the complaint, and consulting with counsel, Official Intelligence independently determined to seek appointment as Lead Plaintiff, and subsequently approved the filing of a motion seeking its appointment as Lead Plaintiff.  Official Intelligence agrees that its resources and ability to engage in decision-making will materially benefit and advance the interests of the Class in this case.

9.      Official Intelligence understands that the Lead Plaintiff's share of any recovery is the same as every other potential Class member.  As its Certification states, Official Intelligence will not accept any payment for serving as a representative party beyond its *pro rata* share, except any reasonable costs and expenses directly related to the Class representation as ordered or approved by the Court pursuant to the PSLRA.  I also will also not accept any payment for Official Intelligence serving as a representative party, except any reasonable costs and expenses directly related to the Class representation as ordered or approved by the Court pursuant to the PSLRA

10.      I understand that the PSLRA and courts throughout the United States, including courts in this District, have endorsed the appointment of investors to serve as Lead Plaintiff when investors establish that they can oversee the litigation and their proposed Lead Counsel in an independent manner.  Official Intelligence intends to prosecute this litigation in such an independent and vigorous manner.

11.     Official Intelligence also understands and appreciates the Lead Plaintiff's obligation under the PSLRA to select Lead Counsel and to monitor the action to ensure it is prosecuted efficiently.  Official Intelligence has fulfilled this responsibility by selecting and retaining Lead Counsel with a proven history of handling this type of complex litigation.  In this case, Official Intelligence selected BG&G and AF&T to serve as Co-Lead Counsel.  Based on BG&G and AF&T's experience in achieving substantial recoveries in securities class actions, Official Intelligence believes that the firm is well-qualified to represent the Class.

12.     Official Intelligence's Attorneys have been directed to prosecute this action in an efficient, cost-effective manner while obtaining the best possible result for the Class.  Official Intelligence  will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the Class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed on this ___3___ day of ___April___, 2023.

DocuSigned by:

368A7FABE7AF495...

Simon J. Smith
on behalf of Official Intelligence Pty Ltd