**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE BLOCK, INC. SECURITIES LITIGATION**<br><br><br>**This Document Relates To:  All Actions** | Master Case No.  1:22-cv-08636-RA<br><br>CLASS ACTION<br><br>**NOTICE OF AUTOMATIC CASE CONSOLIDATION**<br><br>**CASE NO. 1:23-cv-2789 CONSOLIDATED WITH CASE NO. 1:22-cv-08636-RA** |

Defendants Block, Inc., Jack Dorsey, and Amrita Ahuja ("Defendants") hereby submit the following Notice of Automatic Consolidation of Cases:

Plaintiff Official Intelligence Pty Ltd. filed a putative securities class action lawsuit in this court against Defendants on April 3, 2023, captioned *Official Intelligence Pty Ltd. v. Block, Inc. et al.*, Case No. 1:23-cv-2789 (S.D.N.Y.) ("newly filed case").

This newly filed case is related to *Esposito v. Block, Inc., et al.*, Case No. 1:22-cv-08636-RA (S.D.N.Y.) ("Esposito" action") and *Hart v. Block, Inc., et al.*, Case No. 1:23-cv-01579 (S.D.N.Y.) ("Hart" action) as it involves common legal and factual issues.

On March 6, 2023, the parties to the *Esposito* and *Hart* actions filed a Stipulation and Proposed Order Consolidating Cases and Setting Schedule for Filings of Consolidated Complaint and Related Briefing.

On March 7, 2023, Hon. Ronnie Abrams signed the parties' stipulation and consolidated the *Hart* and *Esposito* actions into *In re Block Inc. Securities Litigation*, Case No. 1:22-cv-08636-RA (S.D.N.Y.) (Dkt. No. 53).  The Order contains an automatic consolidation provision

1

that applies to any related securities class action filed against Block, Inc.: "All related Securities Class Actions against Block, Inc. subsequently filed in or transferred to this District shall be consolidated into this action. This Order shall apply to ever such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten (10) days after the date on which a copy of this Order is mailed to the party's counsel." *See* Exhibit A.

Accordingly, the newly filed case must automatically be consolidated with *In re Block Inc. Securities Litigation*, Case No. 1:22-cv-08636-RA (S.D.N.Y.), the Master Docket for this action.

Dated:  April 7, 2023                                      Respectfully Submitted,

By: */s/ Alexander K. Talarides*

ALEXANDER K. TALARIDES
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759
atalarides@orrick.com

JENNIFER M. KEIGHLEY
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
jkeighley@orrick.com

*Attorneys for Defendants Block, Inc., Jack Dorsey, and Amrita Ahuja*

2