UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BLOCK, INC. SECURITIES LITIGATION | No. 22-cv-8636 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On March 7, 2023, the Court approved the parties' stipulation to consolidation of the *Esposito* action, No. 22-cv-8636, which asserts claims under the Securities and Exchange Act of 1934 (the "Exchange Act"), and the *Hart* action, No. 23-cv-1579, which asserts claims under both the Exchange Act and the Securities Act of 1933 (the "Securities Act"). The parties further stipulated that Fotios Sotiropoulos, who the Court previously appointed as Lead Plaintiff of the *Esposito* action, would serve as Lead Plaintiff of the consolidated action.

On April 3, 2023, Plaintiff Official Intelligence Pty Ltd. ("Official Intelligence") moved to be appointed Lead Plaintiff of the Securities Act claims. No later than May 1, 2023, Lead Plaintiff Sotiropoulos shall file a response to Official Intelligence's motion. The deadlines set forth in the Stipulation and Order Consolidating Cases dated March 6, 2023 are hereby stayed until Official Intelligence's motion is resolved.

SO ORDERED.

Dated:   April 17, 2023
         New York, New York

_____
Ronnie Abrams
United States District Judge