UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE BLOCK, INC. SECURITIES LITIGATION | No. 22-cv-8636 (RA) |
|---|---|
| | ORDER |

RONNIE ABRAMS, United States District Judge:

In an Order dated April 17, 2023, the Court ordered Lead Plaintiff Sotiropoulos to submit a response to Plaintiff Official Intelligence's motion filed on April 3, 2023. The same day, Official Intelligence filed an additional Objection to the Consolidation and Leadership Order dated March 7, 2023. In Sotiropoulos's response, he shall also address Official Intelligence's recently filed objection.

SO ORDERED.

Dated:  April 18, 2023
        New York, New York

_____
Ronnie Abrams
United States District Judge