

ABRAHAM, FRUCHTER & TWERSKY, LLP

August 14, 2023

***By ECF***

Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, N.Y. 10007

    Re:    *In re Block, Inc. Securities Litigation*, 1:22-cv-08636-RA

Dear Judge Abrams:

    We are counsel for Official Intelligence, Pty Ltd. ("Official Intelligence") and write to notify the Court of an August 9, 2023 Order Regarding Notice (the "Order") issued in *Efrat Investments, LLC v. Hub Cyber Security Ltd.*, 23-CV-05764 (AS) (S.D.N.Y.), and *Green v. Hub Cyber Security Ltd.*, 23-CV-06668 (AS) (S.D.N.Y.), a copy of which is attached as Exhibit 1.

    In *Hub Cyber Security,* the first issued notice related to claims brought pursuant to Section 12(a)(2) of the Securities Act of 1933 (the "1933 Act") on behalf of persons who owned an Israeli company and acquired the securities of a U.S. company through a merger.  A second filed case added claims arising under Section 10(b) of the Securities Exchange Act of 1934 as well as 1933 Act claims on behalf of U.S. based purchasers and issued a PSLRA notice with the same date as the PSLRA notice issued in the first filed case.

    The Order held that a new PSLRA notice with 60-days notice was required even though the claims arise out of the same core facts because the later filed complaint "covers a broader class and class period" such that "it is 'likely that individuals who could now be considered potential lead plaintiffs would have disregarded the earlier notice.'" *Id.* (citing *Hachem v. Gen. Elec. Inc.*, 2018 WL 1779345, at *1-2 (S.D.N.Y. Apr. 12, 2018) (Furman, J.)). The Order's holding is relevant to arguments addressed in the motion pending before this Court with respect to the appointment of lead plaintiff in this action.  *See* ECF Nos. 62 at 7 & n.1; 69 at 14; 72 at 3-4.

NEW YORK  tel: 212.279.5050  fax: 212.279.3655    CALIFORNIA  tel: 310.279.5125  fax: 212.279.3655    aftlaw.com
450 Seventh Avenue, 38th Floor, New York, NY 10123    9440 Santa Monica Blvd., Suite 301, Beverly Hills, CA 90210

Hon. Ronnie Abrams
August 14, 2023
Page 2

Respectfully Submitted,

/s/ Jeffrey S. Abraham
**ABRAHAM, FRUCHTER & TWERSKY, LLP**
Jeffrey S. Abraham (jabraham@aftlaw.com)
Michael J. Klein (mklein@aftlaw.com)

-and-

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein (peretz@bgandg.com)
Yitzchak E. Soloveichik (soloveichik@bgandg.com)

cc:    All counsel of record by ECF