UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE BLOCK, INC. SECURITIES LITIGATION | 22-CV-8636 (RA)<br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court will hold oral argument on Official Intelligence, Pty Ltd.'s pending motion for appointment as lead counsel and objections to the consolidation order on November 29, 2023 at 2:00 p.m. The parties shall file a joint letter no later than November 27, 2023, informing the Court whether they would like oral argument to take place in person or via videoconference. Additionally, if counsel for the parties are unavailable at that date and time, they shall propose alternative dates in their joint letter.

SO ORDERED.

Dated:   November 21, 2023
         New York, New York

_____
Hon. Ronnie Abrams
United States District Judge