**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE BLOCK, INC. SECURITIES LITIGATION**<br><br><br>**This Document Relates To: All Actions** | Master Case No. 1:22-cv-08636-MMG<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |

**NOTICE OF MOTION TO DISMISS CONSOLIDATED AMENDED**
**COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

Dated: June 13, 2024

James N. Kramer (admitted *pro hac vice*)
jkramer@orrick.com
Alexander K. Talarides (admitted *pro hac vice*)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700

Jennifer M. Keighley
jkeighley@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5124

*Attorneys for Defendants Block, Inc.,*
*Jack Dorsey, Amrita Ahuja, and Jim McKelvey*

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Consolidated Amended Complaint for Violations of the Federal Securities Laws ("CAC"), the declaration of Alexander K. Talarides and the exhibits attached thereto, and all papers and documents filed in this action, Defendants Block, Inc., Jack Dorsey, Amrita Ahuja, and Jim McKelvey, by and through their undersigned counsel, will move this Court, before the Honorable Margaret M. Garnett, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be set by the Court, for an order dismissing the CAC with prejudice pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4, *et seq.*

Dated: June 13, 2024

Respectfully Submitted,

By: */s/ James N. Kramer*

JAMES N. KRAMER
ALEXANDER K. TALARIDES
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-5700
jkramer@orrick.com
atalarides@orrick.com

JENNIFER M. KEIGHLEY
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5000
jkeighley@orrick.com

*Attorneys for Defendants Block, Inc., Jack Dorsey, Amrita Ahuja, and Jim McKelvey*

1