**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **IN RE BLOCK, INC. SECURITIES LITIGATION**<br><br><br>**This Document Relates To: All Actions** | Master Case No. 1:22-cv-08636-MMG<br><br>CLASS ACTION |

## DECLARATION OF ALEXANDER K. TALARIDES

Dated: June 13, 2024

James N. Kramer (admitted *pro hac vice*)
jkramer@orrick.com
Alexander K. Talarides (admitted *pro hac vice*)
atalarides@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700

Jennifer M. Keighley
jkeighley@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
Telephone: (212) 506-5124

*Attorneys for Defendants Block, Inc.,*
*Jack Dorsey, Amrita Ahuja, and Jim McKelvey*

Pursuant to 28 U.S.C. § 1746, I, Alexander K. Talarides, declare as follows:

1. I am an attorney at law admitted to practice *pro hac vice* before this Court and a partner in the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Defendants Block, Inc. ("Block"), Jack Dorsey, Amrita Ahuja, and Jim McKelvey (collectively, "Defendants").

2. All of the documents attached to this declaration are cited in the Consolidated Amended Complaint for Violations of the Federal Securities Laws ("CAC") and form the basis of Plaintiffs' claims, and thus the Court may consider them in connection with Defendants' Motion to Dismiss the CAC. *See ATSI Commc'ns, Inc. v. Shaar Fund, Ltd.*, 493 F.3d 87, 98 (2d Cir. 2007) (on a motion to dismiss, courts "may consider any…statements or documents incorporated into the complaint by reference, legally required public disclosure documents filed with the SEC, and documents possessed by or known to the plaintiff and upon which it relied in bringing the suit").

3. Attached hereto as **Exhibit A** is a true and correct copy of relevant portions of the "Scheme Booklet" that Afterpay Limited ("Afterpay") published on November 5, 2021 regarding the then-proposed acquisition of Afterpay by Lanai (AU) 2 Pty Ltd, an indirect subsidiary of Block ("Afterpay Merger"). The Scheme Booklet is cited in the CAC and forms the basis of Plaintiffs' claims. *See* CAC ¶¶ 1, 45-57, 71, 79(b), 86-90.

4. Attached hereto as **Exhibit B** is a true and correct copy of relevant portions of the update that Afterpay published on December 7, 2021 about the Afterpay Merger. The update is cited in the CAC and forms the basis of Plaintiffs' claims. *See* CAC ¶¶ 60-62, 86-89.

5. Attached hereto as **Exhibit C** is a true and correct copy of the December 17, 2021 order issued by the Supreme Court of New South Wales approving the Afterpay Merger. The order is cited in the CAC and forms the basis of Plaintiffs' claims. *See* CAC ¶¶ 66-67.

6. Attached hereto as **Exhibit D** is a true and correct copy of relevant portions of

Block's 2019 Form 10-K, which was filed with the U.S. Securities and Exchange Commission ("SEC") on February 26, 2020. The 2019 Form 10-K is cited in the CAC and forms the basis of Plaintiffs' claims. *See* CAC ¶¶ 19-20, 98-99.

7.       Attached hereto as **<u>Exhibit E</u>** is a true and correct copy of relevant portions of Block's 2020 Form 10-K, which was filed with the SEC on February 23, 2021. The 2020 Form 10-K is cited in the CAC and forms the basis of Plaintiffs' claims. *See* CAC ¶¶ 21-22, 100-01.

8.       Attached hereto as **<u>Exhibit F</u>** is a true and correct copy of relevant portions of Block's 2021 Form 10-K, which was filed with the SEC on February 24, 2022. The 2021 Form 10-K is cited in the CAC and forms the basis of Plaintiffs' claims. *See* CAC ¶¶ 109-13.

9.       Attached hereto as **<u>Exhibit G</u>** is a true and correct copy of relevant portions of Block's Q2 2021 Form 10-Q, which was filed with the SEC on August 2, 2021. The Q2 2021 Form 10-Q is cited in the CAC and forms the basis of Plaintiffs' claims. *See* CAC ¶¶ 23, 102.

10.      Attached hereto as **<u>Exhibit H</u>** is a true and correct copy of relevant portions of Block's Q3 2021 Form 10-Q, which was filed with the SEC on November 4, 2021. The Q3 2021 Form 10-Q is cited in the CAC and forms the basis of Plaintiffs' claims. *See* CAC ¶¶ 24-25, 103.

11.      Attached hereto as **<u>Exhibit I</u>** is a true and correct copy of Block's Form 8-K, which was filed with the SEC on April 4, 2022. The Form 8-K is cited in the CAC and forms the basis of Plaintiffs' claims. *See* CAC ¶¶ 33, 69, 122, 135.

12.      Attached hereto as **<u>Exhibit J</u>** is a true and correct copy of relevant portions of Block's General Terms of Service effective April 26, 2021 ("ToS"). The ToS are cited in the CAC and form the basis of Plaintiffs' claims. *See* CAC ¶¶ 47-48.

13.      Attached hereto as **<u>Exhibit K</u>** is a true and correct copy of Block's press release regarding its ISO 27001 Certification, dated January 12, 2022. The press release is cited in the

CAC and forms the basis of Plaintiffs' claims. *See* CAC ¶¶ 104-05.

14.　　Attached hereto as **Exhibit L** is a true and correct copy of relevant portions of Block's Form 8-K, which was filed with the SEC on January 31, 2022. The Form 8-K is cited in the CAC and forms the basis of Plaintiffs' claims. *See* CAC ¶¶ 106-07.

15.　　Attached hereto as **Exhibit M** is a true and correct copy of Block's Form 8-K, which was filed with the SEC on February 24, 2022. The Form 8-K is cited in the CAC and forms the basis of Plaintiffs' claims. *See* CAC ¶ 108.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of June 2024, at San Francisco, California.


By:　　　　　　*/s/ Alexander K. Talarides*
　　　　　　　ALEXANDER K. TALARIDES