# EXHIBIT B



*Afterpay Limited ASX: APT*

# ASX Announcement

**7 December 2021**

## Update on Scheme of Arrangement and Scheme Meeting to be held on 14 December 2021

Afterpay Limited (**Afterpay**) refers to the proposed acquisition by Lanai (AU) 2 Pty Ltd, a wholly owned indirect subsidiary of Square, Inc. (NYSE: SQ) (**Square**), of Afterpay by way of scheme of arrangement (**Scheme**) and advises that the Supreme Court of New South Wales (**Court**) has today made orders in connection with the conversion of the Bank of Spain condition precedent to a condition subsequent to be satisfied prior to implementation, the adjourned Scheme Meeting and Second Court Date and approving further materials for dispatch to Afterpay shareholders outlining details of the adjourned Scheme Meeting. The adjourned Scheme Meeting will be held at **9.00am (AEDT) on Tuesday, 14 December 2021**[1].

Given all other regulatory conditions set out in detail in section 3.11(a)(1) of the Scheme Booklet have been satisfied, this will allow Afterpay to proceed with the Scheme Meeting and the Second Court Date and have the Scheme become effective before the end of CY21, notwithstanding the fact that the Bank of Spain condition will not likely be satisfied before the Scheme Meeting. Implementation of the Scheme will not occur until the Bank of Spain condition has been satisfied.

Afterpay will continue to work with Square to progress the remaining steps required to implement the Scheme, with implementation still anticipated to occur in Q1 CY22.

A letter setting out further information for Afterpay shareholders is attached to this announcement. Also attached as Annexure A to the letter is a supplementary letter received from the Independent Expert, Lonergan Edwards & Associates Limited (**Lonergan Edwards**), setting out Lonergan Edwards' continued view that the Scheme is fair and reasonable and in the best interests of Afterpay shareholders, in the absence of a Superior Proposal. The Independent Expert's conclusion should be read in context with the full Independent Expert's Report and the Scheme Booklet.

---

1 The previously advised date of the Scheme Meeting was 6 December 2021.

1



The Afterpay Directors continue to unanimously recommend that Afterpay shareholders vote in favour of the Scheme, in the absence of a Superior Proposal and subject to the Independent Expert continuing to conclude that the Scheme is in the best interests of Afterpay shareholders. Each Afterpay Director intends to vote all of the Afterpay Shares held or controlled by them in favour of the Scheme subject to the same qualifications.[2]

Afterpay shareholders who have questions in relation to the Scheme should contact the Afterpay Shareholder Information Line on 1300 229 418 (within Australia), or +61 2 9066 4051 (outside Australia) between Monday to Friday (excluding public holidays in Australia) between 9.00am and 5.00pm (AEDT).

**Authorised by**

Anthony Eisen
Co-CEO & Managing Director

**Ends**

For further information please contact

| Investors | Media | Company |
|---|---|---|
| Investors<br>Rhianna Fursdon<br>Senior Director Investor Relations<br>rhianna.fursdon@afterpay.com<br><br>+61 477 020 337 | ANZ<br>Amanda Shannahan Moore<br>Global Director, Comms & PR<br>amanda.shannahan@afterpay.com<br><br>+61 429 374 531<br><br>North America<br>Amanda Pires<br>VP, Communications<br>amandap@afterpay.com<br><br>+1 650-208-372 | Amanda Street<br>Company Secretary<br>amanda.street@afterpay.com |

2 In relation to the recommendation of Co-CEOs Anthony Eisen and Nick Molnar, Afterpay shareholders should have regard to the fact that, if the Scheme is implemented, each of Anthony Eisen and Nick Molnar will receive those entitlements as described in section 10.1 of the Scheme Booklet.

**afterpay.com**    Afterpay Limited | ACN 618 280 649 | ASX:APT
Level 5, 406 Collins Street, Melbourne VIC 3000, Australia            2

Tuesday, 7 December 2021

Dear Afterpay shareholder

**Update on proposed acquisition of Afterpay by Square, Inc.: update on Scheme Meeting, update on conditions precedent and revised timetable**

You will have previously received the Scheme Booklet relating to the proposed acquisition by Lanai (AU) 2 Pty Ltd, a wholly owned indirect subsidiary of Square, Inc. (NYSE: SQ) (**Square**) of Afterpay Limited (**Afterpay**) by way of scheme of arrangement (**Scheme**). A copy of the scheme booklet dated 5 November 2021 (**Scheme Booklet**) is also available on Afterpay's website at https://corporate.afterpay.com/investors/egm-2021. Unless otherwise indicated capitalised terms used in this letter have the meaning given to them in the Scheme Booklet.

The meeting of Afterpay shareholders to vote on the Scheme (**Scheme Meeting**) was scheduled for Monday, 6 December 2021.

**The Scheme Meeting has been adjourned and the revised details for the online Scheme Meeting are:**

Location:       Virtual meeting at http://web.lumiagm.com/354553219

Date:           Tuesday, 14 December 2021

Time:           9.00am (AEDT)

As previously announced, having regard to the uncertainty and potential health risks associated with large gatherings during the COVID-19 pandemic, the Scheme Meeting will be conducted as a virtual meeting and Afterpay shareholders will not be able to attend the Scheme Meeting in person. Afterpay shareholders and their authorised proxies, attorneys and corporate representatives may participate in the Scheme Meeting through an online platform available at http://web.lumiagm.com/354553219 (meeting ID 354553219). Afterpay shareholders who participate in the Scheme Meeting via the online platform will be able to listen to the Scheme Meeting, cast a vote online and ask questions.

The Scheme Meeting was opened at 10:00am on Monday, 6 December 2021 and was immediately adjourned to 9.00am (AEDT) on Tuesday, 14 December 2021.

Afterpay notes that all regulatory conditions set out in detail in section 3.11(a)(1) of the Scheme Booklet including FIRB, OIO, Spanish FDI, US HSR and ATO have been satisfied, with the exception of the Bank of Spain condition. Afterpay and Square are confident that the Bank of Spain condition will ultimately be satisfied. Whilst the statutory deadline for

**afterpay.com**        Afterpay Limited | ACN 618 280 649 | ASX:APT
                        Level 5, 406 Collins Street, Melbourne VIC 3000, Australia                    3

# 3



Square's application for Bank of Spain approval is currently 21 February 2022, at present Square expects that the Bank of Spain condition will be satisfied in mid-January 2022.

In light of this, Afterpay decided to adjourn the Scheme Meeting that was scheduled for 10.00am (AEDT) on Monday, 6 December 2021 to 9.00am (AEDT) on Tuesday, 14 December 2021.

Notwithstanding the fact that the Bank of Spain condition will not likely be satisfied prior to that time, Afterpay has obtained orders from the Court on Tuesday, 7 December 2021 in connection with convening a meeting for the purpose of considering, and if thought fit, agreeing (with or without modification) to an amended Scheme such that the condition relating to the Bank of Spain approval would become a condition to be satisfied by 14 April 2022 (i.e. a condition subsequent as opposed to a condition precedent) (**Condition Subsequent**) (**Amended Scheme**). Afterpay, Square and Lanai entered into a corresponding amendment to the Scheme Implementation Deed (**Amending Deed**) on 7 December 2021 to implement this change. Attached at Annexure B to this letter is the Amending Deed and Amended Scheme. The Scheme may become Effective (as defined in the Scheme Implementation Deed) prior to the satisfaction of the Condition Subsequent, but the closing of the transaction will not occur until the Condition Subsequent is satisfied. If the Condition Subsequent is not satisfied, the parties must consult in good faith for 20 business days to determine whether to pursue an alternative transaction. If the parties are unable to reach agreement during such period, then either party may terminate the Scheme Implementation Deed. The outcome of varying the Scheme in this way and approving the Scheme as varied is that:

- the terms of the Scheme would be final at the time of approval of the Scheme on the Second Court Date;
- the Scheme would remain subject to the Bank of Spain condition being satisfied by 14 April 2022;
- if the Bank of Spain condition is satisfied by 14 April 2022, the Scheme will take effect without the need for further shareholder or Court approval; and
- if the Bank of Spain condition is not satisfied by 14 April 2022 the Scheme will not proceed.

If the resolutions to approve the Scheme are passed by the requisite majorities of shareholders at the Scheme Meeting, and all other conditions have been satisfied or waived on or before the Second Court Date (other than the conditions relating to the Bank of Spain and Court approval), the Second Court Date to approve the Scheme will be held on Friday, 17 December 2021.

4

The resolution to be passed at the Scheme Meeting is set out below:

*To consider and, if thought fit pass (with or without amendment) the following resolution:*
*"That, pursuant to and in accordance with section 411 of the Corporations Act 2001 (Cth), the scheme of arrangement proposed between Afterpay Limited ("Afterpay") and the holders of its fully paid ordinary shares, the terms of which are contained in and more particularly described in the Scheme Booklet (of which the notice convening the Scheme Meeting forms part) as amended by the amended Scheme Implementation Deed dated 7 December 2021, is approved (with or without alteration, or conditions as approved by the Supreme Court of New South Wales and agreed to by Afterpay and Square) and, subject to approval of the Scheme by the Court, the Afterpay Board is authorised to implement the Scheme with any such alterations or conditions."*

**What is the status of the other conditions to the Scheme?**

The status of the other conditions precedent (**Conditions**) to the Scheme is as follows:

- Regulatory approvals: The Conditions relating to FIRB (Australian Foreign Investment Review Board), NZ OIO (New Zealand Overseas Investment Office), Spain FDI Authority (Spanish foreign investment approval) and the expiration of the applicable waiting period under the US HSR Act have now been satisfied. As set out in the Scheme Booklet, the ACCC (Australian Competition and Consumer Commission) has confirmed that it does not intend to conduct a public review of the transaction.
- Square Shareholder Approval: As previously announced, Square Shareholder Approval was obtained on Wednesday, 3 November 2021 (US time).
- NYSE quotation: The Condition relating to the approval for quotation of New Square Shares on NYSE has been satisfied.
- Australian tax ruling: The Condition relating to the receipt of confirmation from the Australian Tax Office that it is prepared to issue a class ruling has been satisfied. The class ruling will confirm that qualifying Australian resident Afterpay shareholders who hold their Afterpay Shares on capital account will be eligible to choose roll-over relief under the Income Tax Assessment Act 1997 (Cth) to the extent to which they receive New Square Securities.

**What is the impact on the SGX Notes?**

As set out in section 4.13(d) of the Scheme Booklet, on a change of control of Afterpay, the holders of the SGX Notes are entitled to, among other things, elect within 60 days to have the SGX Notes held by them redeemed for their face value. If all SGX noteholders exercise this redemption election right, the aggregate cost to redeem the SGX Notes would be A$1.5 billion. A change of control under the terms of the SGX Notes and the related redemption election right will be triggered by the receipt of Afterpay shareholder approval at the



Scheme Meeting, notwithstanding the fact that the Scheme will remain subject to the Condition Subsequent relating to receipt of Bank of Spain approval. Accordingly, Afterpay may be required to redeem all or a portion of the outstanding SGX Notes at their face value in circumstances where the date for repayment falls prior to the satisfaction of the Condition Subsequent, at which time it will not yet be certain whether the Scheme will proceed.

The Afterpay Board has considered these scenarios and has reasonable grounds to expect that Afterpay will have sufficient funding arrangements in place to satisfy the redemption of the full face value of the SGX Notes should that arise prior to the implementation of the Scheme. In the unlikely scenario that it was required to fund the redemption of SGX Notes, Afterpay would assess the most appropriate and cost effective funding solutions available to it at the time, which may include any or a combination of existing cash reserves, debt or equity capital markets solutions or use of new debt facilities, noting that it has recently secured an 18 month term loan note facility from a financial institution for A$1.5 billion, which can be drawn down if required. This facility is on arms' length commercial terms, and accordingly the interest rate is less favourable than the existing zero coupon SGX Notes in a redemption scenario. Given the maturity date of the facility, Afterpay may look to pursue a combination of using existing cash reserves and longer-term funding (such as a capital raise or longer term debt facility) in preference to drawing down on this facility.

Having regard to all of the above, the Afterpay Board has accordingly concluded that it is in the best interests of Afterpay shareholders to vary the Scheme and proceed with the Scheme Meeting and Second Court Date as outlined in this letter.

**Independent Expert reconfirms conclusion**

Attached to this letter as Annexure A is a letter of advice received from the Independent Expert, Lonergan Edwards & Associates Limited (**Lonergan Edwards**). Lonergan Edwards has updated its views on of the value of the Scheme Consideration, which it now assesses to be between A$89 and A$105, and the value of Afterpay Shares, which it now assesses to be between A$92 and A$108 per share (which Lonergan Edwards has noted in its letter reflected market movements (caused by, among other things, concerns regarding the impact of rising interest rates on company values and news of the latest COVID-19 variant Omicron) rather than any material reduction due to Afterpay-specific factors. Accordingly, Lonergan Edwards' continued view is that the Scheme is fair and reasonable and in the best interests of Afterpay shareholders, in the absence of a Superior Proposal. The Independent Expert's conclusion should be read in context with the full Independent Expert's Report and the Scheme Booklet.

**Revised Timetable**

If and when the Condition Subsequent has been satisfied, Afterpay will announce the implementation timetable on ASX and on its website (https://corporate.afterpay.com/) noting that the dates for implementation will be set in accordance with the following framework. Afterpay has applied to ASX for an updated waiver from Listing Rule 7.40 in relation to the revised timetable.

| Milestone | Timing |
|---|---|
| **Scheme Meeting proxies** – the last date and time by which Proxy Forms (including proxies lodged online), powers of attorney or certificates of appointment of body corporate representatives for the Scheme Meeting must be received by the Afterpay Share Registry. | 9.00am (AEDT) on Sunday, 12 December 2021 |
| **Voting Record Date** – the date and time for determining eligibility to vote at the Scheme Meeting. | 7.00pm (AEDT) on Sunday, 12 December 2021 |
| **Scheme Meeting** | 9.00am (AEDT) on Tuesday, 14 December 2021 |
| **Second Court Date to approve the Scheme** | 17 December 2021 |
| **Effective Date –** this is the date on which the Scheme comes into effect and is binding on Afterpay Shareholders. Court order lodged with ASIC and announced on ASX.<br><br>**Investors should be aware that Afterpay Shares will continue to trade on ASX after the Effective Date but the Scheme will remain subject to the Condition Subsequent being satisfied. Only Afterpay Shareholders who hold Afterpay Shares on the Record Date (other than Ineligible Foreign Shareholders) will be provided with the Scheme Consideration in exchange for their Afterpay Shares. A Record Date will not be set unless and until the Condition Subsequent has been satisfied.** | 17 December 2021 |
| Announcement of receipt of Bank of Spain approval, Condition Subsequent is satisfied, implementation dates announced on ASX and published on Afterpay website (**Bank of Spain Announcement**).<br><br>**If the Condition Subsequent is satisfied, Afterpay Shareholders who sell their Afterpay Shares after the Bank of Spain Announcement date and prior to the Record Date should be aware that they will** | On receipt of Bank of Spain approval and satisfaction of the Condition Subsequent |



| | |
|---|---|
| **not receive the Scheme Consideration on the Implementation Date. Investors who acquire Afterpay Shares after the Bank of Spain Announcement date should be aware that all Afterpay Shareholders who hold Afterpay Shares on the Record Date (other than Ineligible Foreign Shareholders) will be provided with the Scheme Consideration in exchange for their Afterpay Shares. The exchange ratio is fixed and holders of Afterpay Shares on the Record Date (other than Ineligible Foreign Shareholders) will receive 0.375 New Square Shares or 0.375 New Square CDIs. Square Class A Shares will continue to trade on NYSE between the Bank of Spain Announcement date and the Record Date.** | |
| **Election Date** – the latest time and date by which CDI Election Forms and Share Election Forms must be received by the Afterpay Share Registry, only if holders wish to make a Share Election or a CDI Election rather than receive their default Scheme Consideration. **Shareholders wishing to make an election away from the default Scheme Consideration should ensure their CDI Election Forms and Share Election Forms are submitted as soon as possible. Such forms must be returned by the Election Date, which will be 5:00pm (AEDT) two trading days after the Bank of Spain Announcement, but not before 17 January 2022.** | 5.00pm (AEDT) on the date that is two trading days after the Bank of Spain Announcement (but in any event no earlier than 17 January 2022) |
| **Afterpay Shares suspended from trading**. If the Scheme proceeds, this will be the last day that Afterpay Shares will trade on ASX. | Two trading days after Election Date |
| Commencement of trading of New Square CDIs on ASX under a symbol to be advised before implementation of the Scheme (deferred settlement basis).[3] | The trading day after Afterpay Shares suspended from trading |
| **Record Date** - determination of entitlement of Scheme Shareholders to receive the Scheme Consideration. | 5:00pm two trading days after the Afterpay Shares are suspended from trading (but in any event, not before 21 January 2022) |

3 The exact number of New Square Securities to be issued to you will not be known until after the Record Date and will not be communicated to you until after you receive your statement or confirmation advice statements following the Implementation Date. Therefore, please be aware that, if you trade in New Square CDIs during the deferred settlement period and prior to receipt of your holding statement or confirmation advice, you do so at your own risk. See Section 7.5(d) of the Scheme Booklet for further details.

**afterpay.com**  Afterpay Limited | ACN 618 280 649 | ASX:APT
Level 5, 406 Collins Street, Melbourne VIC 3000, Australia          8





| | |
|---|---|
| **Implementation Date –** all Scheme Shareholders[4] will be provided with the Scheme Consideration to which they are entitled on this date. | Five business days after the Record Date |
| Holding statements or confirmation advice for New Square CDIs will be dispatched. | The trading day after the Implementation Date |
| Commencement of trading of New Square CDIs on ASX under a symbol to be advised before implementation of the Scheme (normal settlement basis). | The trading day after the Implementation Date |
| Commencement of cross-border conversions of New Square Shares and New Square CDIs between Australia and the US. | The trading day after the Implementation Date |
| Commencement of trading of New Square Shares (including Square Class A Shares underlying any New Square CDIs) on NYSE. | The trading day after the Implementation Date |
| DRS statements for New Square Shares will be dispatched. | Two trading days after the Implementation Date |

At present Square expects that the Bank of Spain condition will be satisfied in mid-January 2022. Accordingly, by way of example, in the event that the Bank of Spain Announcement is made on 18 January 2022, the Implementation Date for the Scheme would be 3 February 2022.

**Afterpay Directors' Recommendation**

The Afterpay Directors continue to unanimously recommend that Afterpay shareholders vote in favour of the Scheme, in the absence of a Superior Proposal and subject to the Independent Expert continuing to conclude that the Scheme is in the best interests of Afterpay shareholders. Each Afterpay Director intends to vote all of the Afterpay Shares held or controlled by them in favour of the Scheme subject to the same qualifications.[5]

**Proxy forms and CDI or Share Elections**

**If you have already lodged a proxy form or an Election Form:** Proxy forms and CDI Election Forms or Share Election Forms (**Election Forms**) that have been validly submitted (whether lodged online or by mail, fax or hand) will remain valid for the adjourned Scheme Meeting. If you have completed and submitted a proxy form or an Election Form, and you do not wish to change your instructions or election, then you do not need to do anything.

---

4 Ineligible Foreign Shareholders will have their New Square Shares issued instead to a Sale Agent. These shares will then be sold by the Sale Agent in the ordinary course of trading on NYSE and the net proceeds of the sale will be paid to the Ineligible Foreign Shareholders promptly afterwards. Refer to section 3.5 of the Scheme Booklet for more details on this process.

5 In relation to the recommendation of Co-CEOs Anthony Eisen and Nick Molnar, Afterpay shareholders should have regard to the fact that, if the Scheme is implemented, each of Anthony Eisen and Nick Molnar will receive those entitlements as described in section 10.1 of the Scheme Booklet.



If you have completed and submitted a proxy form or Election Form and you wish to change your instructions or election, you can do so by completing and submitting a replacement proxy form or Election Form and submitting that form in the same manner as your initial form (whether lodged online or by mail, fax or hand). To be effective, your replacement proxy form must be received by the new deadline of 9.00am (AEDT) on Sunday, 12 December 2021 and, in the case of a replacement Election Form, the new deadline of 5.00pm (AEDT) on the date that is two trading days after the Bank of Spain Announcement (but in any event this will be no earlier than 17 January 2022). Shareholders wishing to make an election away from the default Scheme Consideration should ensure their CDI Election Forms and Share Election Forms are submitted as soon as possible. Such forms must be returned by the Election Date, which will be 5:00pm (AEDT) on the date that is two trading days after the Bank of Spain Announcement.

To request a replacement proxy form or Election Form, please call the Afterpay Shareholder Information Line on 1300 229 418 (within Australia), or +61 2 9066 4051 (outside Australia) between Monday to Friday (excluding public holidays in Australia) between 9.00am and 5.00pm (AEDT).

**If you have not yet lodged a proxy form:** If you are unable to attend the Scheme Meeting on Tuesday, 14 December 2021, you are encouraged to appoint a proxy to vote on your behalf by completing the proxy form that was distributed to you with the Scheme Booklet, and lodging it:

- online to Afterpay's Share Registry by visiting the website, www.investorvote.com.au. You will need your Holder Identifier (Securityholder Reference Number (SRN) or Holder Identification Number (HIN) and control number as shown on your Proxy Form). You will be taken to have signed the Proxy Form if you lodge in accordance with the instructions on the website;
- by mail (using the reply paid envelope included with the Scheme Booklet) to Afterpay Limited, C- Computershare Investor Services Pty Limited, GPO Box 242, Melbourne, Vic 3001;
- by fax to Computershare Investor Services Pty Limited on 1800 783 447 (within Australia) or +61 3 9473 2555 (outside Australia); or
- by hand delivering them to Computershare Investor Services Pty Limited at Yarra Falls, 452 Johnston Street, Abbotsford, VIC, 3067 during business hours (Monday – Friday, 9.00am – 5.00pm (AEDT))

The Proxy Form must be received by Afterpay's Share Registry, Computershare, by 9.00am (AEDT) on Sunday, 12 December 2021.



**Square changes name to Block**

As announced by Square on Wednesday, 1 December 2021 (US time), Afterpay advises shareholders that Square is changing its name to Block. The legal name "Square, Inc." is expected to be legally changed to "Block, Inc." on or about 10 December 2021, upon satisfying all applicable legal requirements. The company's NYSE ticker symbol "SQ" will not change at this time.

**Further Information**

Afterpay will advise Afterpay shareholders of any material developments in relation to the Scheme by making an ASX announcement, a copy of which will be available on Afterpay's website at https://corporate.afterpay.com/.

Afterpay shareholders can obtain further information in relation to the Scheme by calling the Afterpay Shareholder Information Line on 1300 229 418 (within Australia), or +61 2 9066 4051 (outside Australia) between Monday to Friday (excluding public holidays in Australia) between 9.00am and 5.00pm (AEDT).

On behalf of the Afterpay Board, I would like to take this opportunity to thank you for your continued support of Afterpay and I look forward to your participation at the Scheme Meeting.

Yours sincerely,

**Elana Rubin**
**Chair**