# EXHIBIT J

General Terms of Service

The Wayback Machine - https://web.archive.org/web/20211104075402/https://squareup.com/us/en/legal/general/ua

 Square

Products    Business Types    Why Square?    Resources          Sign In    Shop

**General**

# General Terms of Service

**Effective Date: April 26, 2021**

**Posted Date: March 30, 2021**

**For terms that are effective until April 26, 2021, click here.**

>  *We've included annotations in the gray boxes below to emphasize certain portions of our terms and help guide you as you read them. The annotations aren't summaries, so please take the time to read everything!*

> *This page describes the general terms that apply to your use of any of our services. By using our services you agree to these terms on top of any other terms that apply to a specific service you are using (like Team Management, for example). If you use our services on behalf of your company, your company agrees to them too.*

These General Terms of Service ("General Terms") are a legal agreement between you, as a current or prospective customer of Square's services ("you," "your") and Square, Inc. Square Capital, LLC, and/or Square Financial Services, Inc., ("Square," "we," "our" or "us") and govern your use of Square's services, including mobile applications, websites, software, cloud-based solutions, hardware, and other products and services (collectively, the "Services"). By using any of the Services, you agree to these General Terms and any policies referenced within ("Policies"), including our Privacy Notice (see Section 8) and terms that limit our liability (see Section 18) and require individual arbitration for any potential legal dispute (see Section 21), which are collectively incorporated herein by reference. You also agree to any additional terms specific to Services you use ("Additional Terms"), such as those listed below, which become part of your agreement with us (collectively, the "Terms"). If you are using the Services on behalf of a business, you represent to us that you have authority to bind that business or entity to these Terms, and that business accepts these Terms. You should read all of our Terms carefully.

- **Payment Terms**: These terms apply to all Payment Services.
- **Point of Sale Additional Terms of Service**: These terms apply when you use certain Square Point of Sale Services.
- **ACH Service Terms**: These terms apply when you use ACH Services.



objectionable, restricts or inhibits any person or entity from using or enjoying any portion of the Services, or which may expose Square, its affiliates or its customers or other persons to harm or liability of any nature.

Although we have no obligation to monitor any Content, we have absolute discretion to remove Content at any time and for any reason without notice. Square may also monitor such Content to detect and prevent fraudulent activity or violations of Square's General Terms. You understand that by using the Services, you may be exposed to Content that is offensive, indecent, or objectionable. We take no responsibility and assume no liability for any Content, including any loss or damage to any of your Content.

## 6. Copyright and Trademark Infringement

We respect the intellectual property rights of others and ask you to do the same. We have adopted an **Intellectual Property Policy** regarding third-party claims that your material infringes the rights of others. We respond to all valid notices of such infringement, and our policy is to suspend or terminate the accounts of repeat infringers.

## 7. Security

> *We take security incredibly seriously, but can't guarantee that bad actors will not gain access to your personal information. You need to do your part by keeping your passwords safe, being smart about who has access to your account and which of your devices can access our services, and letting us know if you think an unauthorized person is using your account.*
>
> *If there is ever a dispute about who owns your account, we are the decider.*

We have implemented technical and organizational measures designed to secure your personal information from accidental destruction, loss, alteration and from unauthorized access, use, alteration, or disclosure. However, we cannot guarantee that unauthorized third parties will never be able to defeat those measures or use your personal information for improper purposes. You provide your personal information at your own risk.

You are solely responsible for safeguarding your password and for restricting access to the Services from your compatible mobile devices and computer(s). You will immediately notify us of any unauthorized use of your password or Square Account or any other breach of security. You will immediately take all reasonable steps to mitigate the effects of a security breach and will cooperate with Square and provide all information requested by Square to remediate the breach. Any assistance provided by Square in relation to a security breach does not in any way operate as acceptance or acknowledgement that Square is in any way responsible or liable to you or any other party in connection with such breach.

Notwithstanding Sections 20 and 21, in the event of any dispute between two or more parties as to account ownership, we will be the sole arbiter of such dispute in our sole

**2**

discretion. Our decision (which may include termination or suspension of any Square Account subject to dispute) will be final and binding on all parties.

## 8. Privacy

**Your Personal Information** By using any of our Services as a Square seller, you acknowledge our data practices that apply to you, as set out in the **Square Account Holder Privacy Notice** (the "Privacy Notice"). The Privacy Notice explains how Square collects, uses and protects the personal information you provide to us where Square makes use of your personal data to provide you with the Services or for its own purposes. You are required to familiarize yourself with the Privacy Notice prior to using the Services.

**Your Customers' and Employees' Personal Information** Square will process certain of your customers' or employees' personal data on behalf of your business as a service provider ("data processor"). In such circumstances, you agree that you will comply with the data protection laws applicable to you and will provide data subjects with information on the processing of their personal information which satisfies the transparency requirements of such data protection laws and which ensures that personal data may be processed fairly, lawfully and in a transparent manner. If you or your business are located in California, please see **Section 27**.

## 9. Communications

> *You consent to us sending messages to your email or mobile devices about your account or our services, which may include marketing. You can opt out of communications in ways that are specific to that communication method, such as by unsubscribing from emails, or replying to text messages with 'STOP'.*

You consent to accept and receive communications from us, including e-mail, text messages, calls, and push notifications to the cellular telephone number you provide to us when you sign-up for a Square account or update the contact information associated with your account. Such communications may include, but are not limited to requests for secondary authentication, receipts, reminders, notifications regarding updates to your account or account support, and marketing or promotional communications. You acknowledge that you are not required to consent to receive promotional texts or calls as a condition of using the Services. Call and text message communications may be generated by automatic telephone dialing systems. Standard message and data rates applied by your cell phone carrier may apply to the text messages we send you.

You may opt-out of receiving promotional email communications we send to you by following the unsubscribe options on such emails. You may opt out of any promotional phone calls by informing the caller that you would not like to receive future promotional calls. You may only opt-out of text messages from Square by replying STOP. You

**3**