# EXHIBIT K

▣ Square                                                        🛒  ☰

# Square announces ISO 27001 certification

**JAN 12, 2022**

Square is excited to announce we're ISO 27001 certified.

**What is ISO 27001?**

ISO 27001 is the most internationally recognized standard for information security management. As a management standard, ISO 27001 has comprehensive requirements for active executive leadership involvement across areas such as policy, process, records, ownership, risk management, resourcing, and communication.

**How did we achieve this?**

To become certified, Square's compliance was validated by a third-party audit firm who extensively reviewed our information security management system, demonstrating our ongoing and systematic approach to information security.

**What does this mean for our Sellers and Partners?**

Achieving this certification validates the strength and effectiveness of Square's information security management system (ISMS) and signifies our commitment to securing both company and customer data.

Security has always been a top priority for Square and this certification is a major milestone that showcases our ongoing commitment to protecting our systems, our sellers, and their customers. With this certification, Square joins an elite class of global enterprise organizations with mature information security practices. For more information about Square's security, please visit **squareup.com/security**.

You can find Square's ISO 27001 certificate **here**.

**1**

## Products

Commerce

Point of sale

Payments

Online

Invoices

Customers

Marketing

Loyalty

Customer Directory

Banking

Staff

Payroll

Advanced access

Buy Now, Pay Later

Hardware

Business software & solutions

## Business Types

Food & Beverage

Quick Service

Full Service

Fast Casual

Bars & Breweries

Retail

Beauty Salon

Barbershop

Hair Salon

Nail Salon

Day Spa

Tattoo & Piercing

Med spa

Fitness

Professional Services

Home & Repair

Large Businesses

Franchises

## Resources

Pricing

Why Square?

Testimonials

The Bottom Line

Sales

Support

Seller Community

Developer Platform

Merchant Services

Rent Hardware

## Contact

Customer support: 1 (855) 700-6000

Sales: 1 (800) 470-1673

## Square

About

Press & Media

Careers

Referrals

Partners

 United States (English)

**2**



© 2024 Block, Inc.

Do Not Share My Personal Information

Privacy Notice

Security

Terms of Service

Licenses

Government

Square Capital, LLC Licenses

Consumer Health Privacy

Hardware Compliance Certifications

Block, Inc.

3