# HAGENS BERMAN

**Nathaniel A. Tarnor**    nathant@hbsslaw.com
ATTORNEYS AT LAW
**HAGENS BERMAN SOBOL SHAPIRO LLP**
594 DEAN STREET, SUITE 24
BROOKLYN, NY  11238

**hbsslaw.com**

(646) 543-4992 phone     (917) 210-3980 fax

December 19, 2024

**VIA ECF**

Hon. Margaret M. Garnett
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

**RE:**    *In re Block, Inc. Securities Litigation*, Case No. 1:22-cv-08636-MMG

Dear Judge Garnett:

Counsel on behalf of the Exchange Act Plaintiffs write to notify this Court of recent developments by the U.S. Supreme Court. Specifically, in two separate per curiam opinions the Supreme Court dismissed writs of certiorari concerning appellate decisions that held shareholders adequately alleged claims under the Securities Exchange Act of 1934.  *See NVIDIA Corp. v. E. Ohman J:or Fonder AB*, No. 23-970, 2024 WL 5058572 (U.S. Dec. 11, 2024); *Facebook, Inc. v. Amalgamated Bank*, No. 23-980, 604 U.S. 4, 2024 WL 4861195 (U.S. Nov. 22, 2024).

Plaintiffs cited both cases in their opposition to Defendants' motion to dismiss and noted that certiorari had been granted. *See* ECF No. 94 at 9 n.7 & 12. These cases concerned the appropriate scienter pleading standards for Securities Exchange Act claims under the Private Securities Litigation Reform Act of 1995 ("PSLRA"). In any event, these cases do not impact the separate claims in the complaint that arise under the Securities Act of 1933 because scienter is not an element of these claims.

Sincerely,

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Nathaniel A. Tarnor*

*Counsel for Exchange Act Claims Plaintiffs*