**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

IN RE BLOCK, INC. SECURITIES LITIGATION,                22 **CIVIL** 8636 (MMG)

## JUDGMENT

-----------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 9, 2025, the alleged statements in the Complaint were not materially misleading as a matter of law and Plaintiffs failed to adequately allege scienter with respect to their fraud claim. As such, Defendants' motion to dismiss is GRANTED, and the case is DISMISSED; accordingly, the case is closed.

**Dated:** New York, New York
         September 10, 2025

                                                **TAMMI M. HELLWIG**
                                                _____
                                                          **Clerk of Court**
                                       **BY:**    *K. Mango*
                                                _____
                                                         **Deputy Clerk**