**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE BLOCK, INC. SECURITIES LITIGATION | No. 1:22-cv-08636 (MMG)<br><br>**NOTICE OF PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>**Oral Argument Requested** |

     **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated September 22, 2025, and upon all prior papers and proceedings had herein, Plaintiff Official Intelligence Pty. Ltd. ("OIP"), by and through its undersigned counsel, will move this Court, before the Honorable Margaret M. Garnett, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on a date and time to be determined by the Court, pursuant to Federal Rule of Civil Procedure 59(e) and Local Civil Rule 6.3, for an Order (a) granting reconsideration of its September 9, 2025 Opinion & Order (ECF No. 101) dismissing OIP's claims and (b) granting OIP such other relief as the Court deems just and proper.

DATED: September 22, 2025

                               Respectfully Submitted,

                               By: */s/ Jeffrey S. Abraham*
                               Jeffrey S. Abraham
                               Michael J. Klein
                               **ABRAHAM, FRUCHTER & TWERSKY, LLP**
                               450 Seventh Avenue, 38th Floor
                               New York, NY 10123
                               Telephone: (212) 279-5050
                               Facsimile: (212) 279-3655
                               jabraham@aftlaw.com
                               mklein@aftlaw.com

- 1 -

- 2 -

Peretz Bronstein
Yitzchak E. Soloveichik
Eitan Kimelman
**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com
soloveichik@bgandg.com
eitank@bgandg.com

*Co-Lead Counsel for Securities Act Lead Plaintiff
Official Intelligence Pty. Ltd.*